PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey

2005 OCT -7 P 2: 24

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Doyle Raindrop                                Cr.: 95-00533-001

Name of Sentencing Judicial Officer: Honorable Harold A. Ackerman, Sr. U.S. District Judge

Date of Original Sentence: 06/17/97

Original Offense: Possession of a Weapon by a Convicted Felon

Original Sentence: 100 months imprisonment; 3 years supervised release; $50 special assessment. Special condition of drug testing and/or treatment.

Type of Supervision: Supervised Release           Date Supervision Commenced: 07/23/04

Assistant U.S. Attorney: Gary Wilcox              Defense Attorney: Anthony Pope, Esq. (Retained)

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On August 16, 2005, Doyle Raindrop was arrested by the Essex County Prosecutor's Office and charged with possession of CDS (heroin) with intent to distribute (2C:35-5); possession of heroin with intent to distribute within a school zone (2C:35-7); possession of heroin with intent to distribute within 500 feet of a public housing facility (2C:35-7.1); possession of CDS (cocaine) with intent to distribute (2C:35-5); possession of cocaine with intent to distribute within a school zone (2C:35-7); and possession of cocaine with intent to distribute within 500 feet of a public housing facility (2C35-7.1) |
| 2 | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'<br><br>Specifically, the offender failed to notify the Probation Office within 72 hours of his August 16, 2005 arrest. |

PROB 12C - Page 2
Doyle Raindrop

3     The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

Raindrop failed to report to the Probation Office on November 16, 2004; December 21, 2004; January 18, 2005; and June 10, 2005 for mandatory DNA testing.

4     The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

Raindrop has failed to submit monthly supervision reports since October 2004.

I declare under penalty of perjury that the foregoing is true and correct.

By: Anthony J. Nisi
U.S. Probation Officer
Date: 09/26/05

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

Oct 7, 2005
Date