PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Doyle Raindrop                                                Cr.: 95-00533-001

Name of Sentencing Judicial Officer: Honorable Harold A. Ackerman, Sr. U.S. District Judge

Date of Original Sentence: 06/17/97
*Violation of Supervised Release:* 05/30/06

Original Offense: Possession of a Weapon by a Convicted Felon

Original Sentence: 100 months imprisonment; 3 years supervised release; $50 special assessment. Special condition of drug testing and/or treatment.
*Re-sentence on Violation:* 13 months imprisonment; 20 months supervised release; previous conditions continued.

Type of Supervision: Supervised Release                         Date Supervision Commenced: 09/27/06

Assistant U.S. Attorney: Millie Camacho                          Defense Attorney: Lisa Mack (AFPD)

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On January 18, 2007, Doyle Raindrop was arrested by the Newark Police Department and charged with two counts of possession of cocaine/heroin (2C:35-10); two counts of possession of CDS with intent to distribute (2C:35-5); two counts of possession of CDS with intent to distribute within a school zone (2C:35-7); two counts of possession of CDS with intent to distribute within 500 feet of a public housing facility (2C:35-7.1); and conspiracy to commit narcotics laws with Rasaan Furgess (2C:5-2). |
| 2 | The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**' |
| | As evident by his arrest, Raindrop associated with a convicted felon, Rasaan Furgess. According to the New Jersey State Bureau of Investigation, Rasaan Furgess is a convicted felon under SBI number 217637C. |

PROB 12C - Page 2
Doyle Raindrop

3    The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

Raindrop failed to submit his monthly supervision report for the month of November 2006.

I declare under penalty of perjury that the foregoing is true and correct.

By: Anthony J. Nisi
U.S. Probation Officer
Date: 02/08/07

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Harold A. Ackerman
Signature of Judicial Officer

FEB. 21, 2007
Date